AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Bataillon. Joseph F. | 2. Court or Organization<br><br>Nebraska | 3. Date of Report<br><br>05/14/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Art III District Judge Active | **5a. Report Type (check appropriate type)**<br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>3259 Roman Hruska Courthouse<br>111 South 18th Plaza. Ste 3259<br>Omaha. NE 68102-3122 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions.)

☐ NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. House of Delegates Member | Nebraska State Bar Association |
| 2. Advisory Committee | Creighton University School of Law |
| 3. | |
| 4. | |
| 5. | |

DISCLOSURE OFFICE 2010 MAY 19 A 11: 09 RECEIVED

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions.)

☑ NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2 | |
| 3. | |

Bataillon, Joseph F.

| Name of Person Reporting | Date of Report |
|---|---|
| Bataillon, Joseph F. | 05/14/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | University of Nebraska Medical Center, salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Iowa School of Law | Feb. 25-26, 2009 | Iowa City, Iowa | Seminar | Travel and lodging expenses |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bataillon, Joseph F. | 05/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Nelnet Loan | College Plus Loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bataillon, Joseph F. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. USBank Accounts | A | Interest | J | T | | | | | |
| 2. Bank of the West Accounts | A | Interest | J | T | | | | | |
| 3. Security National Bank Accounts | A | Interest | J | T | | | | | |
| 4. Citibank NA | A | Interest | J | T | Merged (with line 5) | | | | |
| 5. Morgan Stanley Smith Barney Bank Deposit Prog. | A | Interest | J | T | | | | | |
| 6. Smith Barney Money Funds Cash Port Class A | A | Int./Div. | J | T | Merged (with line 7) | | | | |
| 7. Western Asset Money Market Fund Class A | A | Interest | J | T | | | | | |
| 8 Berkshire Hathaway Class B | | None | L | T | | | | | |
| 9. Diageo PLC Sponsored ADR New | A | Dividend | J | T | | | | | |
| 10. First Energy Corp. stock | A | Dividend | J | T | | | | | |
| 11. Newmont Mining Corp. stock | A | Dividend | J | T | | | | | |
| 12. Merrill Lynch Trust V 7.28 Cum pref stock | A | Interest | J | T | | | | | |
| 13. Legg Mason Partners Appreciation Fund Class A | A | Dividend | J | T | Sold (part) | 09/16/09 | J | A | |
| 14 USAA Ins. Account | A | Distribution | J | T | | | | | |
| 15. Intel Corp stock | A | Dividend | J | T | | | | | |
| 16. Level 3 Communications Inc. stock | | None | J | T | | | | | |
| 17. Valmont Industries Inc | A | Dividend | | | Sold | 06/25/09 | J | C | |

1 Income Gain Codes          A = $1,000 or less           B  $1,001 - $2,500          C = $2,501 - $5,000          D - $5,001 - $15,000          E = $15,001 - $50,000
(See Columns B1 and D4)      F = $50,001 - $100,000       G = $100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000 H2 = More than $5,000,000
2 Value Codes                J = $15,000 or less          K = $15,001 - $50,000        L = $50,001 - $100,000       M = $100,001 - $250,000
(See Columns C1 and D3)      N = $250,001 - $500,000      O = $500,001 - $1,000,000    P1 = $1,000,001 - $5,000,000 P2 = $5,000,001 - $25,000,000
                             P3 = $25,000,001 - $50,000,000                            P4 = More than $50,000,000
3 Value Method Codes         Q = Appraisal                R = Cost (Real Estate Only)  S = Assessment               T = Cash Market
(See Column C2)              U = Book Value               V = Other                    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bataillon, Joseph F. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Toyota Mortor Corp | A | Dividend | J | T | | | | | |
| 19. Legg Mason Growth & Income Fund Class A | A | Dividend | | | Sold | 04/28/09 | J | A | |
| 20. Amgen | | None | J | T | | | | | |
| 21. Cisco Systems Inc | | None | J | T | | | | | |
| 22. Bank of America Corp. stock | A | Dividend | J | T | | | | | |
| 23. Capital World Growth & Income Fund Class C | A | Dividend | K | T | | | | | |
| 24. Delaware Emerging Markets Fund C | A | Dividend | J | T | | | | | |
| 25. Fidelity Advisor New Insights Fund CL C | A | Dividend | J | T | | | | | |
| 26. Legg Mason MDA3 Managed IRA | A | Int./Div. | L | T | | | | | |
| 27. Western Union Company | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 $1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bataillon. Joseph F. | 05/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Lines 5 & 6 Morgan Stanley Smith Barney changed their bank deposit program from Citibank to a proprietary bank deposit program.
Lines 7 & 8 Morgan Stanley Smith Barney changed their money market fund from Smith Barney Money Funds to Western Asset Money Market Fund Class A

| Name of Person Reporting | Date of Report |
|---|---|
| Bataillon, Joseph F. | 05/14/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544